IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOLYNN WILDER,<br><br>          Plaintiff,<br><br>     vs.<br><br>ALLEN, LEWIS & ASSOCIATES, INC.,<br><br>          Defendant.<br>_____/ | CASE NO. CV F 12-1609 LJO BAM<br><br>**ORDER TO DISMISS AND CLOSE ACTION**<br>(Doc. 10.) |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES with prejudice this entire action and all claims;
2. VACATES all pending matters and dates, including the February 19, 2013 status conference; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   February 4, 2013          /s/  Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE