IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOLYNN WILDER, | CASE NO. CV F 12-1609 LJO BAM |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE ACTION** (Doc. 10.) |
| vs. | |
| ALLEN, LEWIS & ASSOCIATES, INC., | |
| Defendant. | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES with prejudice this entire action and all claims;
2. VACATES all pending matters and dates, including the February 19, 2013 status conference; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:** February 4, 2013    /s/ Lawrence J. O'Neill
                               UNITED STATES DISTRICT JUDGE